IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL A. RIVERA                          :
                                           :        CIVIL ACTION
        v.                                 :
                                           :        NO.  15-5609
CHESTER COUNTY, et al.                     :

## ORDER

AND NOW, this 19th day of September, 2016, it is ORDERED that plaintiff's complaint

shall be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915A(b) for failure to state

a claim upon which relief may be granted.  Plaintiff has thirty days from the date of this order in

which to file an amended complaint that complies with the requirements set forth in the

accompanying memorandum.  Plaintiff's failure to do so may result in the dismissal of this action

with prejudice.

It is further ORDERED that Defendants Correctional Officer Riggins, CEU Teary, Nurse

Lisa and East Vincent Township Police Department, having failed to file either an answer or a

motion to dismiss the original complaint, should be prepared to timely respond to an amended

complaint.

The following motions are dismissed as MOOT:  (1) the motion to dismiss by defendants the

County of Chester and multiple Chester County employees, Dkt. No. 64; (2) the motion to dismiss by

defendants PrimeCare Medical, Inc. and multiple other medical defendants, Dkt. No. 65; and (3) the

motion to dismiss by defendants New Garden Township Police Department and Officer Matthew

Jones, Dkt. No. 81.

 _/s Thomas N. O'Neill, Jr._____
THOMAS N. O'NEILL, JR., J.